UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALEJANDRO GARCIA CARRILLO, | Case No. 1:25-cv-1760 |
| Petitioner, | Hon. Jane M. Beckering<br>U.S. District Court Judge |
| v. | |
| KEVIN RAYCRAFT, Detroit Field Office Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, in their official capacities, | Hon. Phillip J. Green<br>U.S. Magistrate Judge |
| Respondents. | |

_____/

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE**

This matter having come before the Court on the Stipulation to Extend Deadline to File Response; and the Court having reviewed the stipulation and being otherwise advised,

IT IS HEREBY ORDERED that the stipulation is GRANTED. Respondents shall file a response to the Petition on or before December 22, 2025.

Dated:  December 17, 2025         /s/ Jane M. Beckering
                                  JANE M. BECKERING
                                  U.S. District Court Judge